## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## KENNETH ABRAHAM PALFENIER,
*Defendant-Appellant.*

Washington County Circuit Court
C052447CR; A133430

206 P3d 1179

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration of our decision in this case, *State v. Palfenier*, 219 Or App 655, 184 P3d 1163 (2008). In that decision, we accepted the state's concession that, under the Oregon Supreme Court's decision in *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), the trial court erred in imposing consecutive sentences based on facts found by the court rather than by a jury. Since then, however, the United States Supreme Court has reversed the Oregon Supreme Court's decision, *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), holding that the constitutional right to a jury trial does not apply to decisions to impose consecutive sentences. In light of the United States Supreme Court's decision, we agree that the trial court did not err.

Reconsideration allowed; former opinion withdrawn; affirmed.